**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILIPS MEDICAL CAPITAL, LLC,

        Plaintiff,

    v.

MEDICAL INSIGHTS DIAGNOSTICS CENTERS, INC., et al.,

        Defendants.

_____/

AND RELATED CROSS COMPLAINT

_____/

No. C 06-04470 JSW

**ORDER OF REFERRAL**

Pursuant to Local Rule 72-1, the applications for (1) writ of possession, (2) right to attach order against defendant John A. Lynch, (3) right to attach order against defendant Medical Insights Diagnostic Centers, Inc., (4) right to attach order against defendant Virgil L. Williams, and (5) right to attach order against defendants Arthur T. Gronner and Arthur T. Gronner and Bonnie S. Gronner Trust in the above captioned matter are HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date noticed for September 8, 2006 for these applications is HEREBY VACATED.

    **IT IS SO ORDERED.**

Dated: August 8, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom