**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPS MEDICAL CAPITAL, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEDICAL INSIGHTS DIAGNOSTICS<br>CENTERS, INC., et al.,<br><br>　　　　Defendants.<br>_____/<br>AND RELATED CROSS COMPLAINT<br>_____/ | No. C 06-04470 JSW<br><br>**ORDER SETTING BRIEFING<br>SCHEDULE** |

　　This matter is set for hearing on December 15, 2006, on Plaintiff and Cross-Defendant Phillips Medical Capital, LLC's motion to dismiss counterclaim. The Court HEREBY ORDERS that Defendants' opposition shall be due by October 10, 2006. Plaintiff's reply shall be due by October 17, 2006.

　　If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

　　**IT IS SO ORDERED.**

Dated: September 25, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE