**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philips Medical Capital, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL INSIGHTS DIAGNOSTICS CENTERS, INC., a California corporation, et al.,<br><br>Defendants.<br>_____/<br>and related cross action<br>_____/ | No. C-06- 4470 JSW (WDB)<br><br>***SUPPLEMENTAL* REPORT AND RECOMMENDATION RE APPLICATIONS FOR WRITS OF ATTACHMENT AND WRIT OF POSSESSION** |

  On October 24, 2006, defendants filed a document styled "Objection to Proposed Order re: Applications for Writ of Attachment and Writ of Possession."

  Defendants' "objection" in effect is a camouflaged motion for reconsideration. Defendants have not, however, presented a proper basis for obtaining leave to file a motion for reconsideration. Local Rule 7-9. Defendants' failure to present an argument that existed at the time they filed their opposition to the writ applications does not satisfy the requirements of Local Rule 7-9(b).

//

//

1

1     Moreover, even if we were to consider the merits of defendants' new
2 argument, we would RECOMMEND that the District Court find that defendants'
3 have not demonstrated the probable validity of their claim that representations
4 made by PM*S* should be attributed to PM*C*.  See, Report and Recommendation,
5 filed October 11, 2006.[1]
6 IT IS SO REPORTED AND RECOMMENDED.
7 Dated: October 25, 2006

                                                    /s/  Wayne D. Brazil
                                                    WAYNE D. BRAZIL
                                                    United States Magistrate Judge

Copies to:
parties,
JSW,  wdb, stats

---

[1] Defendants "Objection" reiterated argument from their opposition to PMC's motion to dismiss defendants' counterclaim.  "Objection" at 3.  Although mere <u>allegations</u> that PMS and PMC are agents of each other might be sufficient to survive a motion to dismiss, in order to oppose the writ applications, defendants must present some <u>evidence</u> that would support a finding that their claim is probably valid.  This they have not done.  "Objection" at 3 ("the warranties made by PMSNA are binding on PMC because it has been <u>alleged</u> that PMC and PMSNA were joint venturers and agents of each other."  Emphasis added).