**United States District Court**
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    PHILIPS MEDICAL CAPITAL, LLC,
10              Plaintiff,                         No. C 06-04470 JSW
11       v.
12   MEDICAL INSIGHTS DIAGNOSTICS          **ORDER OF REFERRAL**
     CENTERS, INC., et al.,
13
14              Defendants.
     _____/
15   AND RELATED CROSS COMPLAINT
     _____/
16
17          Pursuant to Local Rule 72-1, the Motion for Determination of the Amount of Plaintiff's

18   Undertaking Required Pursuant to CCP § 515.010 Prior to Issuance of Writ of Possession is

19   HEREBY REFERRED to Magistrate Judge Brazil for a report and recommendation to this

20   Court.

21          **IT IS SO ORDERED.**

22

23   Dated: February 12, 2007                    _____
                                                 JEFFREY S. WHITE
24                                               UNITED STATES DISTRICT JUDGE
25
     cc:     Wings Hom
26
27
28