IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPS MEDICAL CAPITAL, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>MEDICAL INSIGHTS DIAGNOSTICS<br>CENTERS, INC., et al.,<br><br>     Defendants.<br>_____/<br>AND RELATED CROSS COMPLAINT<br>_____/ | No. C 06-04470 JSW<br><br><br><br>**ORDER OF REFERRAL** |

     Pursuant to Local Rule 72-1, this matter is referred to a randomly assigned magistrate judge for resolution of all discovery matters, including determining the scope of discovery.

**IT IS SO ORDERED.**

Dated: May 1, 2007

                                                  JEFFREY S. WHITE<br>                                                UNITED STATES DISTRICT JUDGE

cc:    Wings Hom