| | |
|---|---|
| MARSHALL F. GOLDBERG, SBN 89677<br>GLASS & GOLDBERG<br>21700 Oxnard Street, Suite 430<br>Woodland Hills, CA 91367-3665<br>Tel: 818.888.2220<br>Fax: 818.888.2229<br>E-mail: mgoldberg@glassgoldberg.com<br><br>Attorneys for Plaintiff and Counter-defendant<br>PHILIPS MEDICAL CAPITAL, LLC<br><br>DIANE L. WEBB, SBN 197851<br>LAURA A. LEE, SBN 246032<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>E-mail: dwebb@morganlewis.com<br><br>Attorneys for Third-party Defendant<br>PHILIPS MEDICAL SYSTEMS NORTH AMERICA COMPANY, A DIVISION OF PHILIPS ELECTRONICS NORTH AMERICA CORPORATION | CHRISTOPHER R. MILLER, SBN 66862<br>WILLIAM T. WEBB, SBN 193832<br>HANSON BRIDGETT MARCUS VLAHOS RUDY, LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105-2173<br>Tel: (415) 777-3200<br>Fax: (415) 995-3480<br>E-mail: cmiller@hansonbridgett.com<br><br>Attorneys for Defendants, Counterclaimants, and Third-party Plaintiffs<br>MEDICAL INSIGHTS DIAGNOSTIC CENTERS, INC.; VIRGIL L. WILLIAMS; JOHN A. LYNCH; and ARTHUR T. GRONNER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILIPS MEDICAL CAPITAL, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEDICAL INSIGHTS DIAGNOSTIC CENTERS, INC., a California Corporation; VIRGIL L. WILLIAMS, an individual; JOHN A. LYNCH, an individual; ARTHUR T. GRONNER, an individual and as Trustee of the Arthur T. and Bonnie S. Gronner Trust dated December 9, 1993; ARTHUR T. AND BONNIE S. GRONNER TRUST DATED DECEMBER 9, 1993 and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. C 06-4470 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF MEDICAL INSIGHTS DIAGNOSTIC CENTERS, INC., ET AL.'S COUNTERCLAIM AND THIRD-PARTY COMPLAINT**<br><br>Location:　Courtroom 2<br>Judge:　　Hon. Jeffrey S. White<br>Trial Date: April 14, 2008<br><br>Original State Court Action Filed: April 14, 2006 |

(caption continued on next page)

Joint Stipulation and [Proposed] Order of
Dismissal with Prejudice of MIDC, et al.'s
Counterclaim and Third-Party Complaint
Case No. C 06-4470 JSW

| | |
|---|---|
| 1 | MEDICAL INSIGHTS DIAGNOSTIC CENTERS, INC., a California Corporation; VIRGIL L. WILLIAMS, an individual; JOHN A. LYNCH, an individual; ARTHUR T. GRONNER, an individual and as Trustee of the Arthur T. and Bonnie S. Gronner Trust dated December 9, 1993; ARTHUR T. AND BONNIE S. GRONNER TRUST DATED DECEMBER 9, 1993 and DOES 1-10, inclusive, PHILIPS MEDICAL CAPITAL, LLC, a Delaware limited liability company, and ROES 1-10, inclusive, |
| | Counterclaimants, |
| | v. |
| | PHILIPS MEDICAL CAPITAL, LLC, a Delaware limited liability company, and ROES 1-10, inclusive, |
| | Counter-defendant. |
| | MEDICAL INSIGHTS DIAGNOSTIC CENTERS, INC., a California Corporation; VIRGIL L. WILLIAMS, an individual; JOHN A. LYNCH, an individual; ARTHUR T. GRONNER, an individual and as Trustee of the Arthur T. and Bonnie S. Gronner Trust dated December 9, 1993; ARTHUR T. AND BONNIE S. GRONNER TRUST DATED DECEMBER 9, 1993 and DOES 1-10, inclusive, PHILIPS MEDICAL CAPITAL, LLC, a Delaware limited liability company, and ROES 1-10, inclusive, |
| | Third-party Plaintiff, |
| | v. |
| | PHILIPS MEDICAL SYSTEMS NORTH AMERICA, a Delaware corporation, |
| | Third-party Defendant. |

Defendant, counterclaimant and third-party plaintiff Medical Insights Diagnostic Centers, Inc. ("MIDC"); Virgil Williams ("Williams"); John A. Lynch ("Lynch"); Arthur T. Gronner, an

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

Joint Stipulation and [Proposed] Order of Dismissal with Prejudice of MIDC, et al.'s Counterclaim and Third-Party Complaint
Case No. C 06-4470 JSW

1

individual and as trustee of The Arthur T. and Bonnie S. Gronner Trust Dated December 9, 1993 (collectively, "Gronner," and Gronner collectively with MIDC, Williams, and Lynch "the MIDC Parties"); plaintiff and counter-defendant Philips Medical Capital, LLC ("PMC"); and third-party defendant Philips Medical Systems North America Company, a division of Philips Electronics North America Corporation ("PMSNA"), submit this stipulation and proposed order dismissing with prejudice the MIDC Parties' amended counterclaim and amended third-party complaint.[1]

## I. BACKGROUND

On or about April 14, 2006, PMC commenced an action against the MIDC Parties and The Arthur T. and Bonnie S. Gronner Trust Dated December 9, 1993 (the "Trust"), in the Superior Court of the State of California in and for the County of Contra Costa, titled *Philips Medical Capital, LLC v. Medical Insights Diagnostic Centers, Inc., Virgil L. Williams, John A. Lynch, Arthur T. Gronner, and the Arthur T. and Bonnie S. Gronner Trust Dated December 9, 1993, and Does 1-10*; Case Number C06 00676 (the "State Court Complaint").

On or about June 16, 2006, the MIDC Parties and the "Trust" asserted cross-claims against PMC and commenced a third-party action against Philips Medical Systems North America Company, a division of Philips Electronics North America Corporation, a Delaware Corporation ("PMSNA") (incorrectly denominated therein "Philips Medical Systems North America, a Delaware corporation") in the Superior Court of the State of California in and for the County of Contra Costa, titled *Medical Insights Diagnostic Centers, Inc., Virgil L. Williams, John A. Lynch, Arthur T. Gronner, and the Arthur T. and Bonnie S. Gronner Trust Dated December 9, 1993 v. Philips Medical Capital, LLC, Philips Medical Systems North America, Inc., and Roes 1-10, inclusive*, Case Number C06 00676 (the cross-claims and the third-party action are collectively referred to herein as the "Cross-complaint," and the Cross-complaint collectively with the State Court Complaint, the "State Court Action")

On or about July 21, 2006, PMSNA removed the State Court Action to this Court.

---

[1] Originally, The Arthur T. and Bonnie S. Gronner Trust Dated December 9, 1993 (the "Trust") was named as a cross-plaintiff, counterclaimant, and third-party plaintiff. By way of order of this Court filed January 26, 2007, granting in part, and denying in part, PMC's and PMSNA's respective motions to dismiss, all of the Trust's claims against PMC and PMSNA were dismissed on the ground that, as a matter of law, the Trust lacked legal capacity to sue or maintain an action.

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

Joint Stipulation and [Proposed] Order of
Dismissal with Prejudice of MIDC, et al.'s
Counterclaim and Third-Party Complaint
Case No. C 06-4470 JSW

2

On or about August 18, 2006, the MIDC Parties amended their Cross-complaint (the "Amended Counterclaim").

## II. DISMISSAL

The parties have agreed to a mutually acceptable resolution of the Amended Counterclaim. Thus, the MIDC Parties, PMC and PMSNA, by and through their respective counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1),(c) to the dismissal with prejudice of the Amended Counterclaim and all causes of action and claims against all parties named therein.

PMC's original State Court Complaint brought against MIDC, Williams, Lynch, Gronner and the Trust, which was removed to this Court on or about July 21, 2006, is still pending and is not being dismissed at this time, but will be dismissed at a later time under the terms of the settlement agreement between the parties.

Each party shall bear its own costs and attorneys' fees.

**SO STIPULATED.**

Dated: August 20, 2007

HANSON BRIDGETT MARCUS VLAHOS RUDY, LLP

By    /S/
Christopher R. Miller
Attorneys Defendants, Counterclaimants, and Third-Party Plaintiffs MEDICAL INSIGHTS DIAGNOSTIC CENTERS, INC., a California Corporation; VIRGIL L. WILLIAMS, an individual; JOHN A. LYNCH, an individual; ARTHUR T. GRONNER, an individual and as Trustee of the Arthur T. and Bonnie S. Gronner Trust Dated December 9, 1993

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

Joint Stipulation and [Proposed] Order of Dismissal with Prejudice of MIDC, et al.'s Counterclaim and Third-Party Complaint
Case No. C 06-4470 JSW

3

| | | |
|---|---|---|
| Dated: August 20, 2007 | | MORGAN, LEWIS & BOCKIUS LLP |

By    /S/
Diane L. Webb
Attorneys for Third-Party Defendant
PHILIPS MEDICAL SYSTEMS NORTH
AMERICA, a division of Philips
Electronics North America Corporation, a
Delaware Corporation

Dated: August 20, 2007                        GLASS & GOLDBERG

By    /S/
Marshall F. Goldberg
Attorneys for Plaintiff and Counter-
defendant PHILIPS MEDICAL CAPITAL,
LLC

**ORDER**

AS STIPULATED BY THE PARTIES, IT IS SO ORDERED.

Dated: August 22, 2007

Jeffery S. White
U.S. District Court Judge in and for the
Northern District of California

Joint Stipulation and [Proposed] Order of
Dismissal with Prejudice of MIDC, et al.'s      4
Counterclaim and Third-Party Complaint
Case No. C 06-4470 JSW