1   MARSHALL F. GOLDBERG, SBN 89677
    GLASS & GOLDBERG
2   21700 Oxnard Street, Suite 430
    Woodland Hills, CA 91367-3665
3   Tel: 818.888.2220
    Fax: 818.888.2229
4   E-mail: mgoldberg@glassgoldberg.com

5   Attorneys for Plaintiff and Counter-defendant
    PHILIPS MEDICAL CAPITAL, LLC
6
    DIANE L. WEBB, SBN 197851
7   LAURA A. LEE, SBN 246032
    MORGAN, LEWIS & BOCKIUS LLP
8   One Market, Spear Street Tower
    San Francisco, CA 94105-1126
9   Tel: 415.442.1000
    Fax: 415.442.1001
10  E-mail: dwebb@morganlewis.com

11  Attorneys for Former Third-party Defendant
    PHILIPS MEDICAL SYSTEMS NORTH
12  AMERICA COMPANY, A DIVISION OF
    PHILIPS ELECTRONICS NORTH
13  AMERICA CORPORATION

CHRISTOPHER R. MILLER, SBN 66862
WILLIAM T. WEBB, SBN 193832
HANSON BRIDGETT MARCUS VLAHOS
RUDY, LLP
425 Market Street, 26th Floor
San Francisco, CA 94105-2173
Tel: (415) 777-3200
Fax: (415) 995-3480
E-mail: cmiller@hansonbridgett.com

Attorneys for Defendants, Counterclaimants,
and Third-party Plaintiffs
MEDICAL INSIGHTS DIAGNOSTIC
CENTERS, INC.; VIRGIL L. WILLIAMS;
JOHN A. LYNCH; and ARTHUR T.
GRONNER

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16              SAN FRANCISCO DIVISION

17  PHILIPS MEDICAL CAPITAL, LLC, a
    Delaware limited liability company,

18                  Plaintiff,

19          v.

20  MEDICAL INSIGHTS DIAGNOSTIC
21  CENTERS, INC., a California
    Corporation; VIRGIL L. WILLIAMS,
22  an individual; JOHN A. LYNCH, an
    individual; ARTHUR T. GRONNER, an
23  individual and as Trustee of the Arthur
    T. and Bonnie S. Gronner Trust dated
24  December 9, 1993; ARTHUR T. AND
    BONNIE S. GRONNER TRUST
25  DATED DECEMBER 9, 1993 and
    DOES 1-10, inclusive,

26                  Defendants.

27

Case No. C 06-4470 JSW

**JOINT STIPULATION AND [~~PROPOSED~~]
ORDER OF DISMISSAL WITH
PREJUDICE OF PHILIPS MEDICAL
CAPITAL LLC, ETC.'S COMPLAINT**

Location:    Courtroom 2
Judge:       Hon. Jeffrey S. White
Trial Date:  April 14, 2008

Original State Court Action Filed: April 14, 2006

28  (caption continued on next page)

Joint Stipulation and [~~Proposed~~] Order of
Dismissal with Prejudice of PMC's Complaint

Case No. C 06-4470 JSW

1  MEDICAL INSIGHTS DIAGNOSTIC
   CENTERS, INC., a California
2  Corporation; VIRGIL L. WILLIAMS,
   an individual; JOHN A. LYNCH, an
3  individual; ARTHUR T. GRONNER, an
   individual and as Trustee of the Arthur
4  T. and Bonnie S. Gronner Trust dated
   December 9, 1993; ARTHUR T. AND
5  BONNIE S. GRONNER TRUST
   DATED DECEMBER 9, 1993 and
6  DOES 1-10, inclusive,
   PHILIPS MEDICAL CAPITAL, LLC, a
7  Delaware limited liability company, and
   ROES 1-10, inclusive,
8
                Counterclaimants,
9
                v.
10
   PHILIPS MEDICAL CAPITAL, LLC, a
11 Delaware limited liability company, and
   ROES 1-10, inclusive,
12
                Counter-defendant.
13
   MEDICAL INSIGHTS DIAGNOSTIC
14 CENTERS, INC., a California
   Corporation; VIRGIL L. WILLIAMS,
15 an individual; JOHN A. LYNCH, an
   individual; ARTHUR T. GRONNER, an
16 individual and as Trustee of the Arthur
   T. and Bonnie S. Gronner Trust dated
17 December 9, 1993; ARTHUR T. AND
   BONNIE S. GRONNER TRUST
18 DATED DECEMBER 9, 1993 and
   DOES 1-10, inclusive,
19 PHILIPS MEDICAL CAPITAL, LLC, a
   Delaware limited liability company, and
20 ROES 1-10, inclusive,
21              Third-party Plaintiff,
22 v.
23 PHILIPS MEDICAL SYSTEMS
   NORTH AMERICA, a Delaware
24 corporation,
25              Third-party Defendant.
26
27      Plaintiff Philips Medical Capital, LLC ("PMC") and Defendants Medical Insights
28 Diagnostic Centers, Inc. ("MIDC"), Virgil Williams ("Williams"), John A. Lynch ("Lynch") and

Joint Stipulation and [Proposed] Order of
Dismissal with Prejudice of PMC's Complaint          1
Case No. C 06-4470 JSW

1    Arthur T. Gronner, an individual and as trustee of The Arthur T. and Bonnie S. Gronner Trust

2    Dated December 9, 1993 (collectively, "Gronner," and Gronner collectively with MIDC,

3    Williams, and Lynch "the MIDC Parties"); and former third-party defendant Philips Medical

4    Systems North America Company, a division of Philips Electronics North America Corporation

5    ("PMSNA"), submit this stipulation and proposed order dismissing with prejudice PMC's

6    Complaint against the MIDC Parties

7    **I.      BACKGROUND**

8           On or about April 14, 2006, PMC commenced an action against the MIDC Parties and

9    The Arthur T. and Bonnie S. Gronner Trust Dated December 9, 1993 (the "Trust"), in the

10   Superior Court of the State of California in and for the County of Contra Costa, titled *Philips*

11   *Medical Capital, LLC v. Medical Insights Diagnostic Centers, Inc., Virgil L. Williams, John A.*

12   *Lynch, Arthur T. Gronner, and the Arthur T. and Bonnie S. Gronner Trust Dated December 9,*

13   *1993, and Does 1-10*; Case Number C06 00676 (the "State Court Complaint").

14          On or about June 16, 2006, the MIDC Parties and the "Trust" asserted cross-claims

15   against PMC and commenced a third-party action against Philips Medical Systems North

16   America Company, a division of Philips Electronics North America Corporation, a Delaware

17   Corporation ("PMSNA") (incorrectly denominated therein "Philips Medical Systems North

18   America, a Delaware corporation") in the Superior Court of the State of California in and for the

19   County of Contra Costa, titled *Medical Insights Diagnostic Centers, Inc., Virgil L. Williams, John*

20   *A. Lynch, Arthur T. Gronner, and the Arthur T. and Bonnie S. Gronner Trust Dated December 9,*

21   *1993 v. Philips Medical Capital, LLC, Philips Medical Systems North America, Inc., and Roes 1-*

22   *10, inclusive*, Case Number C06 00676 (the cross-claims and the third-party action are

23   collectively referred to herein as the "Cross-complaint," and the Cross-complaint collectively

24   with the State Court Complaint, the "State Court Action")

25          On or about July 21, 2006, PMSNA removed the State Court Action to this Court.

26          On or about August 18, 2006, the MIDC Parties amended their Cross-complaint (the

27   "Amended Counterclaim").

28          On or about August 20, 2007, the parties filed a Joint Stipulation and [Proposed] Order of

1  Dismissal with Prejudice of the MIDC Parties' Counterclaim and Third Party Complaint.  On

2  August 22, 2007, this Court signed and entered the Order of Dismissal with Prejudice of the

3  MIDC Parties' Counterclaim and Third Party Complaint.

4  **II.     DISMISSAL**

5         The parties have agreed to a mutually acceptable resolution of the Complaint.  Thus PMC,

6  the MIDC Parties and PMSNA, by and through their respective counsel, hereby stipulate pursuant

7  to Federal Rule of Civil Procedure 41(a)(1) to the dismissal with prejudice of the Complaint and

8  all causes of action and claims against all parties named therein.

9         Each party shall bear its own costs and attorneys' fees.

10        **SO STIPULATED.**

11  Dated: October 8, 2007                    HANSON BRIDGETT MARCUS VLAHOS

12                                            RUDY, LLP

13

14                                            By ____/s/_____

15                                               Christopher R. Miller
                                                 William T. Webb
16                                               Attorneys Defendants, Counterclaimants,
                                                 and Third-Party Plaintiffs MEDICAL
                                                 INSIGHTS DIAGNOSTIC CENTERS,
17                                               INC., a California Corporation; VIRGIL
                                                 L. WILLIAMS, an individual; JOHN A.
18                                               LYNCH, an individual; ARTHUR T.
                                                 GRONNER, an individual and as Trustee
19                                               of the Arthur T. and Bonnie S. Gronner
                                                 Trust Dated December 9, 1993

20  Dated: October _8, 2007                   MORGAN, LEWIS & BOCKIUS LLP

21

22                                            By ____/s/_____

23                                               Diane L. Webb
                                                 Attorneys for Former Third-Party
24                                               Defendant PHILIPS MEDICAL
                                                 SYSTEMS NORTH AMERICA, a division
25                                               of Philips Electronics North America
                                                 Corporation, a Delaware Corporation

26

27

28

Joint Stipulation and [Proposed] Order of
Dismissal with Prejudice of PMC's Complaint                    3
Case No. C 06-4470 JSW

Dated: October _8, 2007

GLASS & GOLDBERG

By _____/s/_____

Marshall F. Goldberg
Attorneys for Plaintiff and Counter-
defendant PHILIPS MEDICAL CAPITAL,
LLC

### <u>ORDER</u>

AS STIPULATED BY THE PARTIES, IT IS SO ORDERED.

Dated: ~~September~~ October 10 __, 2007

Jeffrey S. White
U.S. District Court Judge in and for the
Northern District of California